UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                                                         RE:    **Jaime GUERRERO**
                                                                            Docket Number:  2:99CR00049-01
                                                                            **PERMISSION TO TRAVEL**
                                                                           **OUTSIDE THE COUNTRY**

Your Honor:

Mr. Guerrero is requesting permission to travel to Cancun, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On November 5, 1999, Mr. Guerrero was sentenced for the offense of 21 USC 846, & 841(a)(1) - Conspiracy to Distribute Methamphetamine.

**Sentence Imposed:**  99 months custody of the Bureau of Prisons;  60 months Supervised Release;  $100 Special Assessment.  **Special Conditions:**  Warrantless search; Drug/alcohol testing, treatment, and co-payment; and Pager/cellular phone restrictions and billing records disclosure.

**Dates and Mode of Travel:**   July 30, 2009, through August 3, 2009, via airplane.

**Purpose:**  Family vacation.

**RE:  Jaime GUERRERO**
    **Docket Number:  2:99CR00049-01**
    <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully Submitted,


/s/ Richard W. Elkins
**RICHARD W. ELKINS**
Senior United States Probation Officer


**DATED:**   July 13, 2009
        Elk Grove, California
        RWE/cj


**REVIEWED BY:**    /s/ Deborah A. Spencer
            **DEBORAH A. SPENCER**
            **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**    X                **Disapproved**

Dated:  July 15, 2009

GARLAND E. BURRELL, JR.
United States District Judge