UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                RE:    Jaime GUERRERO
                        Docket Number:  2:99CR00049-01
                        **PERMISSION TO TRAVEL**
                        **OUTSIDE THE COUNTRY**

Your Honor:

Mr. Guerrero is requesting permission to travel to Cancun, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.  Please note, on July 15, 2009, the Court approved Mr. Guerrero's initial travel request to travel to Cancun from July 30, 2009, to August 3, 2009.  Mr. Guerrero did not travel on those dates.  The new requested dates of travel are set forth below.

**Conviction and Sentencing Date:**  On November 5, 1999, Mr. Guerrero was sentenced for the offense of 21 USC 846, & 841(a)(1) - Conspiracy to Distribute Methamphetamine.

**Sentence Imposed:**  99 months custody of the Bureau of Prisons; 60 months Supervised Release;  $100 Special Assessment.  **Special Conditions:**  Warrantless search; Drug/alcohol testing, treatment, and co-payment; and Pager/cellular phone restrictions and billing records disclosure.

**Dates and Mode of Travel:**  August 13, 2009, through August 17, 2009, via airplane.

**Purpose:**  Family vacation.

**RE:**    **Jaime GUERRERO**
       **Docket Number: 2:99CR00049-01**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
Senior United States Probation Officer

**DATED:**    August 3, 2009
              Elk Grove, California
              RWE/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                      **DEBORAH A. SPENCER**
                      Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

**Approved**    X              **Disapproved** _____

Dated:   August 4, 2009

GARLAND E. BURRELL, JR.
United States District Judge